AMERICAN SURETY COMPANY OF NEW YORK, Respondent, v. ST. LAW-RENCE COUNTY NATIONAL BANK, Appellant.—

620

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.